UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| STACEY BEALL, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | C.A. NO. 3-06CV-0153-N |
| | § | |
| MARAUDER CORPORATION, | § | |
| | § | |
| Defendant. | § | |

## APPENDIX IN SUPPORT OF PLAINTIFF'S MOTION AND BRIEF IN SUPPORT TO REMAND TO STATE COURT

TO THE HONORABLE JUDGE OF SAID COURT:

The Plaintiff files this Appendix in Support of the Plaintiff's Motion and Brief in Support to Remand to State Court.

The Plaintiff files this Appendix in accordance with the local rules and intends that the document included in it be in support of the Plaintiff's Motion and Brief in Support to Remand to State Court. The Plaintiff intends that the attached document described in the table below be incorporated by reference as if fully set forth herein. The Plaintiff represents that the attached document is a true and correct copy of the document which it purports to be.

| Exhibit | Pages | Description |
|---|---|---|
| A | 3 – 4 | Affidavit of Stacey Beall |

Respectfully submitted,

Law Offices of Dean Malone, P.C.

By: /s/ T. Dean Malone
    T. Dean Malone

T. Dean Malone
Texas State Bar No. 24003265
Michael T. O'Connor
Texas State Bar No. 24032922
900 Jackson Street
Suite 730
Dallas, Texas 75202
Telephone:   (214) 670-9989
Telefax:   (214) 670-9904

Attorneys for the Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that on January 30, 2006 I electronically filed the foregoing document with the clerk of the court for the U.S. District Court, Northern District of Texas, using the electronic case filing system of the court. The electronic case filing system sent a "Notice of Electronic Filing" to the following attorneys who should have consented in writing to accept this Notice as service of this document by electronic means:

Mr. Gary MacInnis
P.O. Box 91926
Austin, Texas 78709-1926

I certify that my office sent a copy of the foregoing document via certified mail, return receipt requested, on January 30, 2006 to the following person:

Mr. Gary MacInnis
P.O. Box 91926
Austin, Texas 78709-1926

                                              s/ T. Dean Malone
                                              T. Dean Malone

JAN.27.2006 1:09PM TENET DALLAS RECORDS CENTER 2146709904 NO.258 P.1/2
Jan 27 ... 1:...PM Law Offices of Dean Malon p.2
Case 3:06-cv-00153-N Document 6 Filed 01/30/06 Page 3 of 4 PageID 43

UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| STACEY BEALL, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | C.A. NO. 3-06CV-0153-N |
| | § | |
| MARAUDER CORPORATION, | § | |
| | § | |
| Defendant. | § | |
| | § | |

### Affidavit of Stacey Beall

THE STATE OF TEXAS §
 §
COUNTY OF _Dallas_ §

Before me, the undersigned Notary Public in and for the State of Texas, on this day personally appeared Stacey Beall (hereinafter "Affiant"), who is personally known to me to be the person whose name is subscribed to this instrument, and she acknowledged to me that she executed the same for the purposes and consideration herein expressed, and after I administered an oath to her, upon her oath, said:

"I am competent and capable to make this affidavit, which I make of my own personal knowledge, and I affirm that the facts stated in it are true and correct. I am older than twenty-one years of age and am of sound mind. My name is Stacey Beall. I am the Plaintiff in the suit with the style and civil action number shown at the top of the first page of this Affidavit (hereinafter the 'Lawsuit'). The Defendant in the Lawsuit, Marauder Corporation, attempted to collect from me an alleged personal 'payday' loan. The amount which Marauder Corporation attempted to collect from

Aff' ... Stacey Beall – Page 1 of 2

me, as indicated orally to me during a telephone conversation, was approximately $860.00 to $870.00. The amount Marauder Corporation attempted to collect from me for the alleged debt did not exceed $900.00. Marauder Corporation did not attempt to collect from me any other debt of which I am aware. I do not recall ever receiving any written documents from Marauder Corporation regarding the alleged less than $900.00 debt. Marauder Corporation never attempted to collect from me any amount exceeding $1,000.00 for any alleged debt."

FURTHER AFFIANT SAYETH NAUGHT.

_____
Affiant

Given under my hand and seal of office this 27th day of January, 2006.

_____
Notary Public in and for the State of Texas

September 4, 2009
Commission Expires



Affidavit of Stacey Beall – Page 2 of 2